Submitted on record and appellant's brief December 21, 1977, reversed January 16, 1978

MICHAEL H. VAN DAAM, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 07-77-124, CA 8949)

572 P2d 1336

．

![black bar]

Gary D. Babcock, Public Defender, and Stephanie A. Smythe, Deputy Public Defender, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Thornton and Johnson, Judges.

PER CURIAM.

![black bar]

**PER CURIAM.**

The state confesses error.

Reversed.